IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ELBERT WALKER, Jr., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No. 5:09-CV-278 (HL) |
| : | |
| HALL, BLOCH, GARLAND & MEYER, : | |
| LLP, and ASSOCIATES, JOHN F. : | |
| KENNEDY, (RECEIVERSHIP) : | |
| For S.G.E. MORTGAGE & FUNDING : | |
| CORP., JOHN E. HALL, IV, : | |
| : | |
| Defendants. : | |

## ORDER

This Court will hold a status conference on December 16, 2009 at 9:30 a.m. in the U.S. Courtroom, Second Floor, in Macon, Georgia. All parties are ordered to appear. If the Plaintiff fails to appear at the status conference, then this Court will dismiss the Plaintiff's Complaint (Doc. 1).

**SO ORDERED**, this the16th day of November, 2009.

*s/  Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

jch