IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

Elbert Walker                                            *
                                                         *
    Plaintiff                                           *  Case No.  5: 09-CV-278 (HL)
                                                         *
Vs.                                                      *
                                                         •  NOTICE OF VOLUNTARY
Hall, Bloch, Garland & Meyer, LLP, and                   *  DISMISSAL PURSUANT TO
Associates, John F. Kennedy, (Receivership)              *  FED. CIV. P. 41(a) WITHOUT
For SGE Mortgage & Funding Corp.,                        *  PREJUDICE
John E. Hall, IV.                                        *
                                                         *
    Defendants                                          *
_____\

NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Elbert Walker, Pursuant to Fed. R. Civ. P. 41(a) hereby files this Notice Of Voluntary Dismissal without prejudice. Rule 41 (a)  because the Court advised to the plaintiff on January 4, 2010, the Plaintiff has taken the court advice, and further state that this Notice be served as a leave from the Court.

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL**, with the Clerk of the Court. And

Also on February 19, 2010, a copy of the foregoing document was served on the person name below:

CARLOCK, COPELAND & STAIR, LLP.

2600 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, Ga. 30303

*[signature]*
Elbert Walker, Pro Se
412 Bay Tree Rd.
Cairo, Ga. 39828
(229) 377-5690