IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ELBERT WALKER JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| HALL, BLOCH, GARLAND & MEYER, LLP, and ASSOCIATES, JOHN F. KENNEDY, (RECEIVERSHIP) for S.G.E. MORTGAGE & FUNDING CORP., JOHN E. HALL, IV, | ) FILE NO.: 5:09-CV-278 |
| | ) |
| Defendants. | ) |

## STIPULATION TO VOLUNTARY DISMISSAL

COME NOW Plaintiff ELBERT WALKER, JR. and Defendants HALL, BLOCH, GARLAND & MEYER, LLP, JOHN F. KENNEDY and JOHN E. HALL, IV and, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action in its entirety.

SIGNATURES ON FOLLOWING PAGE

This 22nd day of February, 2010,

_____
Johannes S. Kingma
State Bar No. 421650
William D. Newcomb
State Bar No. 148484
CARLOCK, COPELAND & STAIR, L.L.P.
2600 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, Georgia 30303
Telephone: (404) 522-8220
Attorneys for Defendants
HALL, BLOCH, GARLAND & MEYER, LLP,
JOHN F. KENNEDY and JOHN E. HALL, IV

_____
Elbert Walker
412 Bay Tree Road
Cairo, Georgia 39828
Telephone: (229) 377-5690
*Pro se* Plaintiff



## CERTIFICATE OF SERVICE

I certify that on February 24, 2010, a copy of the **STIPULATION TO VOLUNTARY DISMISSAL** was filed via the Court's electronic filing system and sent via regular U.S. Mail to:

>Elbert Walker, Jr.
>412 Bay Tree Rd.
>Cairo, Georgia 39828

>_/s/ [signature]_
>_____
>WILLIAM D. NEWCOMB
>State Bar. No. 148484

Carlock, Copeland & Stair, LLP
2600 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, GA 30303-1235
(404) 522-8220

2907468v.1